UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: NORTHWEST AIRLINES CORP., et al,
ANTITRUST LITIGATION

Case Nos. 96-CV-74711,
99-CV-72987, and 99-CV-72988
HON. GEORGE CARAM STEEH

_____/

ORDER DISMISSING DEFENDANT
AIRLINES REPORTING CORPORATION

Pursuant to In re Northwest Airlines Corp., 208 F.R.D. 174, 179 n,2, 187 (E.D. Mich. Mar. 16, 2002), and the parties' assent on the record at a June 20, 2005 status conference, defendant Airlines Reporting Corporation is hereby DISMISSED with prejudice from this lawsuit.

SO ORDERED.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated:  June 21, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 21, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk