UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: NORTHWEST AIRLINES CORP., et al,
ANTITRUST LITIGATION

Case Nos. 96-CV-74711,
99-CV-72987, and 99-CV-72988
HON. GEORGE CARAM STEEH

_____/

JUDGMENT UNDER RULE 54(B) AS TO DEFENDANT
AIRLINES REPORTING CORPORATION

Pursuant to the court's order of even date dismissing defendant Airlines Reporting Company from this lawsuit,

IT IS ORDERED AND ADJUDGED that judgment hereby is entered against the several plaintiffs and in favor of defendant Airlines Reporting Company ONLY, there being no just reason for delay. Plaintiffs' claims against Airlines Reporting Company ONLY are hereby DISMISSED with prejudice.

Dated at Detroit , Michigan, June 21, 2005.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/Josephine Chaffee
DEPUTY COURT CLERK