UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: NORTHWEST AIRLINES CORP., *et al.* ANTITRUST LITIGATION | Master File No. 96-74711 Hon. George Caram Steeh |
| THIS DOCUMENT RELATES TO:    All Actions | |

### ORDER OF VOLUNTARY DISMISSAL

At a session of said Court, held in the U.S. Courthouse,
Detroit Michigan on August 21, 2006.

PRESENT:   Honorable George Caram Steeh
                    United States District Judge

WHEREAS the actions *Nelson Chase, et al. v. Northwest Airlines Corp., et al.,* Case No. 96-74711, E. D. Mich.(GCS); *Norman Volk, et al. v. Delta Air Lines, Inc., et al.*, Case No. 99-72987, E. D. Mich. (GCS) and *Keystone Business Machines, Inc., et al. v. U.S. Airways Group, Inc., et al.*, Case No. 99-72988, E. D. Michigan (GCS) were consolidated under the caption *In re Northwest Airlines Corp., et al.*, *Antitrust Litigation*, Master File No. 96-74711 pursuant to Pretrial Order No. 1, dated September 15, 1999 ("the Actions").

WHEREAS Plaintiffs have moved to voluntarily dismiss the Actions without prejudice pursuant to Rules 41(a)(2) and 23(e) of the Federal Rules of Civil Procedure and Defendants have not opposed the motion and concur in the relief sought; and

WHEREAS the parties have agreed that each side shall bear its own costs; and

WHEREAS the Court has reviewed the basis for the motion and determined that the

1

representative plaintiffs have fulfilled their duty toward the absent class members and that the voluntary dismissal is not collusive or prejudicial;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

In accordance with Rules 41(a)(2) and 23(e) of the Federal Rules of Civil Procedure the Actions are voluntarily dismissed without prejudice.

SO ORDERED.

Dated:  August 21, 2006

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 21, 2006, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk